The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHEAD, LLC, a Washington corporation, formerly known as ACE ACQUISITION, LLC,<br><br>                      Plaintiff,<br><br>   v.<br><br>KASC, INC., a Massachusetts corporation, formerly known as AHEAD, INC.,<br><br>                      Defendant. | No. 13-00187-JLR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KASC, INC'S MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER VENUE** |

This motion came before the Court on defendant KASC, Inc.'s Motion to Dismiss or in the Alternative Transfer Venue to the District of Massachusetts. The Court having considered the parties' submissions and the files and records herein,

Does hereby ORDER, ADJUDGE AND DECREE:

1. Defendant KASC Inc.'s motion to dismiss for improper venue is granted and this case is dismissed;

2. [Alternatively,] Defendant KASC Inc.'s motion to transfer venue is granted and this matter is to be transferred to the District of Massachusetts.

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS OR TRANSFER VENUE
(13-00187-JLR) – 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   DATED this _____ day of _____, 2013.

2

3
                                            _____
4                                           The Honorable James L. Robart

5

6   Presented by:

7   Davis Wright Tremaine LLP
    Attorneys for Defendant

8

9   *s/Steven P. Caplow*
    Steven P. Caplow, WSBA #19843

10  Foley Hoag, LLP
    Attorneys for Defendant
11

12  *s/Michael Boudett*
    Michael Boudett *(Pro Hac Vice)*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS OR TRANSFER VENUE
(13-00187-JLR) – 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DWT 21336782v1 0044698-000004